# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**APRIL GOUEDY**                                                          **PLAINTIFF**

**v.**                  **CASE NO. 3:16-CV-00153-BSM**

**ROSE HANCOCK, Jail Administrator,**
**Clay County Detention Center, et al.**                          **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 5] has been reviewed. No objections have been filed. After careful consideration, the RD is adopted.

Gouedy's complaint is therefore dismissed without prejudice for the failure to state a claim, which constitutes a strike within the meaning of 28 U.S. § 1915(g). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of September 2016.

                                                                   _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE