IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**APRIL GOUEDY**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:16-CV-00153-BSM**

**ROSE HANCOCK, Jail Administrator,**
**Clay County Detention Center, et al.**                                         **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of September 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE